ANTONIO LUCAS *v.* DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 103 Conn. App. 762 (AC 27839), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*John M. Brown,* in support of the petition.

*Peter A. Ventre,* in opposition.

Decided November 6, 2007

ROGERS, C. J., did not participate in the consideration or decision of this petition.